UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                            Case Number: 10-20629
v.                                           Honorable Thomas L. Ludington

ROBERT ALLEN HOLT, JR.,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING DEFENDANT'S PLEA OF GUILTY AS TO THE INDICTMENT, AND TAKING THE RULE 11 PLEA AGREEMENT UNDER ADVISEMENT

        A plea hearing was conducted on March 17, 2011, by United States Magistrate Judge Charles E. Binder pursuant to the defendant's consent. The magistrate judge issued his report on March 18, 2011, recommending that this Court accept the defendant's plea of guilty as to the indictment. As of today's date, no party has filed any objections to the magistrate judge's report and recommendation. The election to not file objections to the magistrate judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

        Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [Dkt. #26] is **ADOPTED**.

        It is further **ORDERED** that the defendant's plea of guilty as to the indictment is **ACCEPTED**, and the Rule 11 Plea Agreement [Dkt. #14] is taken **UNDER ADVISEMENT**.

                                                                  s/Thomas L. Ludington
                                                                  THOMAS L. LUDINGTON
                                                                  United States District Judge

Dated: April 19, 2011

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 19, 2011.

                                  s/Tracy A. Jacobs
                                  TRACY A. JACOBS